USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/20

# RICHARD PALMA
ATTORNEY AT LAW
122 EAST 42nd STREET - SUITE 620
NEW YORK, NEW YORK 10168

MEMBER OF THE BAR
NEW YORK & FLORIDA

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL: rpalma177@gmail.com

December 26, 2019

**ECF Filed**

Honorable Richard J. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2140
New York, N.Y. 10007

*Re:* *U.S. v. Fishman, et al., including Konstyantyn Melnyk Dkt. No. 17 CR. 351 (RJS)*
*Defense request for Order authorizing U.S. Pretrial Services and FBI to release Mr. Melnyk's U.S. Passport and Cell Phone.*

Dear Judge Sullivan,

Now that the government has completed its investigation of my client and he has completed serving the incarceration portion of his federal sentence, on behalf of Mr. Konstyantyn Melnyk I respectfully request an order authorizing the release of his U.S. Passport and cellular telephone which are in the custody of U.S. Pretrial Services and the Federal Bureau of Investigations.

Your Honor's consideration of this request is much appreciated.

Thank you.

Respectfully submitted,

s/Richard Palma

Richard Palma (Bar No. rp 4441)

IT IS HEREBY ORDERED THAT U.S. Pretrial Services and the Federal Bureau of Investigations shall return Defendant's U.S. Passport and cellular telephone, respectively.

SO ORDERED.

Dated:   January 2, 2020
         New York, New York

RICHARD PALMA
ATTORNEY AT LAW

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation